UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>    v.<br><br>INGLEWOOD MEMORIAL CEMETERY, et al.,<br><br>    Defendants. | Case No. 25-cv-07032-JCS<br><br>**ORDER OF TRANSFER** |

    Plaintiff Grimes, a prisoner in Banning, California, proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983.[1]  He complains about events occurring in Inglewood and Los Angeles, where the Defendants are also located.

    When, as here, jurisdiction is not founded on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice."  28 U.S.C. § 1406(a).

    Plaintiff's allegations arise out of events occurring in Inglewood and Los Angeles, which are both in Los Angeles County, and the allegedly responsible officials are located there. Banning, where Plaintiff is located, is in Riverside County.  Los Angeles and Riverside Counties

---

[1] Three deceased individuals are also named as Plaintiffs, but representatives of their estates did not sign the complaint.

1  lie within the venue of the United States District Court for the Central District of California.  *See*

2  28 U.S.C. § 84.

3  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is

4  TRANSFERRED to the United States District Court for the Central District of California.

5  The Clerk of the Court shall transfer this matter forthwith.  In light of this transfer, the

6  Court defers to the Central District for ruling on the motion for leave to proceed in forma pauperis.

7  The Clerk shall terminate docket number 2 from this Court's docket.

8  **IT IS SO ORDERED.**

9  Dated:

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California