JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEROME L. GRIMES, et al., | Case No. 2:25-cv-08211-HDV (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| INGLEWOOD MEMORIAL CEMETERY, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 11/5/25

HERNÁN D. VERA
United States District Judge